UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHANDY HANG,

    Defendant.

CASE NO. MJ 18-502
(DOR Case NO. CR16-400)

DETENTION ORDER

<u>Offense charged</u>:     Supervised Release Violation

<u>Date of Detention Hearing</u>:     October 30, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was not interviewed by Pretrial Services, so her background information, is either unknown or unverified. It is believed that defendant was born in Thailand, and that she is a permanent resident alien of the United States. Defendant does not

DETENTION ORDER
PAGE -1

contest entry of an order of detention and has waived an identity hearing. An Order of Transfer has been signed.

2. Defendant poses a risk of nonappearance based on lack of background information.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for transfer to the District of Oregon;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 30th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge